

RECEIVED
IN LAKE CHARLES, LA

NOV 30 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BRITTANY ROSENSTEIN,<br>*Plaintiff*, | § <br> § <br> § | CIVIL ACTION NO. 2:16-CV-00180 <br><br> DISTRICT JUDGE MINALDI |
| VS. | § <br> § | <br> MAGISTRATE JUDGE KAY |
| WASTEWATER SPECIALTIES, INC.,<br>*Defendant.* | § <br> § | <br> JURY TRIAL DEMANDED |

## FINAL JUDGMENT

On this day came on to be heard Plaintiff **BRITTANY ROSENSTEIN** and Defendant **WASTEWATER SPECIALTIES, LLC'S** Joint Motion to Dismiss. Having considered said motion, the Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

It is **THEREFORE ORDERED** that Plaintiff's claims against Defendant are hereby dismissed, with prejudice.

It is **FURTHER ORDERED** that all costs shall be borne by the party incurring the same.

This is a final judgment. All relief not expressly granted herein is denied.

SIGNED this ___ day of ___ Nov ___, 2016.

_____
U.S. DISTRICT JUDGE MINALDI